WARNER D. ORVIS et al. v. ELLIOTT V. BELL, Superintendent of Banks of the State of New York, as Liquidator of the New York Branch of Mitsui Bank, Ltd.— Motion for reargument denied, with ten dollars. costs. Motion for leave to appeal to the Court of Appeals dismissed (Civ. Prac. Act, § 592, subd. 2). [See *ante*, p. 851.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post*, p. 1026.]

ANTONIO VERNA v. BENNY TUNICK.— Motion for leave to appeal to the Court of Appeals and for an extension of time to serve an amended complaint granted. Settle order on notice. [See *ante*, p. 225.] Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

FEDERAL WASTE PAPER CORP. et al. v. GARMENT CENTER CAPITOL, INC., et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. [See *ante*, p. 230.] Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

## (December 8, 1944.)

In the Matter of the Probate of the Will of CARRIE SCHULTZ, Deceased. ADOLPH SOLOMON, Appellant; JAMES F. EGAN, as Public Administrator of the County of New York, et al., Respondents.— Decree, and order so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [180 Misc. 1023.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY C. COOPER and MARY TOSTI, Appellants.— Judgments unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents.— Final order, so far as appealed from, unanimously modified so as to provide for the fixing of the assessed valuations of the property for the year 1942–43 as follows: Land $500,-000, Building $150,000, Total $650,000; and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Accounting of the FIFTH AVENUE BANK OF NEW YORK, as Surviving Trustee under the Will of HUGH F. McGINNIS, Deceased, et al., Respondents. NORTH RIVER SAVINGS BANK, Appellant; NOVITIATE OF ST. ANDREW-ON-HUDSON et al., Respondents.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JAMES F. EGAN, Public Administrator of the County of New York, as Administrator of the Estate of RUDOLFO MANUEL, Deceased, Respondent, v. DE LA RAMA STEAMSHIP COMPANY, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SANDY THOMAS, Appellant.— Judgment unanimously reversed and the case remitted to the Magistrate's Court for further proceedings in accordance with the rule laid down in *People* v. *Geltman* (267 App. Div. 83, affd. 293 N. Y. 715). Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.